470 A.2d 1022

Porr et al. v. Vinskie et al.

Appeal of Fred W. Porr, Administrator of the Estate of Pamela Porr, Fred W. Porr, individually, Gladys Porr and Pamela Porr.

Petition for Allowance of Appeal
Granted July 24, 1984.

584

 Argued January 27, 1983. P. Alexander, for appellants; Christian S. Erb, Jr., for appellees.

Before WICKERSHAM, CIRILLO and WATKINS, JJ.

Order affirmed.

WICKERSHAM, J., did not participate in the consideration or decision of this case.